FILED
2022 May-26 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BLP: June 2022
GJ#2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **ANTARIUS LANAY MITCHELL** | ) |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>**: [18 U.S.C. § 922(g)(8)]**

The Grand Jury charges that:

On or about the 21st day of December 2021, in Jefferson County, Alabama, within the Northern District of Alabama, the defendant,

**ANTARIUS LANAY MITCHELL,**

knowing he was subject to a protection from abuse order issued on August 6, 2020, by the Jefferson County, Alabama Family Court, in case number DR-2019-500379, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, or that included a finding that the defendant was a credible threat to the physical safety of the intimate partner, did

knowingly possess a firearm, that is, a **Steyr Arms 9mm pistol**, and the said firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT TWO: [18 U.S.C. § 924(a)(1)(A)]

The Grand Jury charges that:

On or about the 29th day of October 2021, in Jefferson County, Alabama, within the Northern District of Alabama, the defendant,

**ANTARIUS LANAY MITCHELL,**

in connection with the acquisition of a firearm, specifically, a **Styer Arms 9mm pistol**, from Steyr Arms, Inc., located in Bessemer, Alabama, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement and representation to Steyr Arms, Inc., with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Steyr Arms, Inc., in that MITCHELL executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not the subject of a Protection Order when, in truth and in fact, he was the subject of a Protection

Order, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                                  PRIM F. ESCALONA
                                                  United States Attorney

                                                  */s/Electronic Signature*

                                                  _____
                                                  BRITTNEY L. PLYLER
                                                  Assistant United States Attorney